**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| JUANA INES SALAZAR-ARMENTA, | No. 06-70748 |
| Petitioner, | |
| v. | Agency No. A074-820-499 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM * |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010 **

Before:     BEEZER, TROTT, and BYBEE, Circuit Judges.

Juana Ines Salazar-Armenta, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's ("IJ") decision finding her removable for having participated

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

LA/Research

in alien smuggling. Our jurisdiction is governed by 8 U.S.C. § 1252. We review de novo questions of law. *Altamirano v. Gonzales*, 427 F.3d 586, 591 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The IJ correctly determined that Salazar-Armenta is inadmissible due to her participation in alien smuggling. *See* 8 U.S.C. § 1182(a)(6)(E)(i); *see also Altamirano*, 427 F.3d at 592.

We lack jurisdiction to consider Salazar-Armenta's contention that the I-213 form did not demonstrate whether a government agent had informed her of her rights because she did not raise that issue before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part**.